1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    ANISUR RAHMAN,

Case No. 2:24-cv-02132-JHC-TLF

10                              Petitioner,

STIPULATED MOTION AND TRO
BRIEFING SCHEDULE & ORDER

v.

11    MERRICK GARLAND, *et al.*,

Noted for Consideration:
December 23, 2024

12                              Respondents.

13

14

Petitioner and Federal Respondents[1] submit this proposed briefing schedule.  Petitioner

15

filed a habeas petition and a motion for a temporary restraining order ("TRO") earlier today.  Dkt.

16

Nos. 1 & 2.  Petitioner is a civil detainee at the Northwest ICE Processing Center in Tacoma,

17

Washington.  The TRO motion asks this Court to order him to be released from immigration

18

detention or for Respondents to conduct a custody review.  TRO, at 5.  Pursuant to Local Civil

19

Rule 65(b), Federal Respondents must file a response within 48 hours after the motion is served.

20

There is good cause for this Court to enter an alternative briefing schedule.

21

22

23

24

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

1     The parties have conferred and have agreed to and propose the following response schedule

2  to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 31, 2024 |
| Petitioner's reply in support of the TRO Motion | January 7, 2025 |

7     This briefing schedule will result in the Court having a more complete record on which to

8  decide the TRO motion.   This short extension of the response deadline will allow Federal

9  Respondents' time to obtain information necessary to respond to the TRO motion.  Furthermore,

10  this schedule will allow Petitioner to reply to Federal Respondents' filing.

11     Accordingly, the parties request that the Court enter the proposed briefing schedule.

12     DATED this 23rd day of December, 2024.

13  Respectfully submitted,

14  TESSA M. GORMAN                          GIBBS HOUSTON PAUW
    United States Attorney

15

    *s/ Michelle R. Lambert*                      *s/ Kelly Vomacka*
16  MICHELLE R. LAMBERT, NYS #4666657            KELLY VOMACKA, WSBA #20090
    Assistant United States Attorney            1000 Second Avenue, Suite 1600
17  United States Attorney's Office             Seattle, Washington 98102
    Western District of Washington              Phone: (206) 682-1080
18  1201 Pacific Avenue, Suite 700              Email: kelly.vomacka@ghp-law.net
    Tacoma, Washington 98402
19  Phone:  (253) 428-3800                      *Attorney for Petitioner*
    Fax:      (253) 428-3826
20  Email:  michelle.lambert@usdoj.gov

21  *Attorneys for Federal Respondents*

22  I certify that this memorandum contains 235
    words, in compliance with the Local Civil Rules.

23

24

1

## ORDER

2        The parties having stipulated and agreed, it is hereby so ORDERED.    The parties shall

3    submit briefing pursuant to the following schedule:

4

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 31, 2024 |
| Petitioner's reply in support of the TRO Motion | January 7, 2025 |

8

9        DATED this 23rd day of December, 2024.

10

11        _John H. Chun_
        JOHN H. CHUN

12        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24