UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANISUR RAHMAN,<br><br>     Petitioner,<br><br>v.<br><br>MERRICK GARLAND,<br><br>     Respondent. | Case No. 2:24-cv-02132-JHC-TLF<br><br>ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION |

Petitioner has filed a 28 U.S.C. § 2241 petition for habeas corpus, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Having reviewed the petition, the Court ORDERS:

(1) Within 30 days of the date this Order is posted, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent(s) shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the return, Respondent shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and Respondent may file and serve a reply no later than 28 days after the return is filed.

(4) If Petitioner's custody status changes at any point during this litigation, Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change.

(5) The Clerk is directed to send copies of this Order to Petitioner and the Honorable John H. Chun.

Dated this 13th day of January, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION - 2