UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANISUR R.,

          Petitioner,

v.

MERRICK GARLAND,

          Respondent.

Case No. 2:24-cv-02132-JHC-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

1) The Court ADOPTS the Report and Recommendation, to which no objections were filed.

2) The Government's motion to dismiss (Dkt. 12) is DENIED. The Government is ordered to provide Petitioner with an individualized bond hearing.

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Dated this 11th day of July, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2