UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISUR R., | CASE NO. 2:24-cv-02132-JHC-TLF |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

This matter comes before the Court on the parties' Joint Motion for Clarification of the Court's Order Adopting Report and Recommendation. Dkt. # 25. In its Order adopting Judge Fricke's Report and Recommendation, the Court ordered the Government "to provide Petitioner with an individualized bond hearing." Dkt. # 22. The parties ask the Court to clarify the meaning of "individualized bond hearing." Dkt. # 25 at 2. Specifically, "the parties seek clarification as to whether the Order requires the Government to justify Petitioner's continued detention by clear and convincing evidence at the court-ordered bond hearing." *Id.* at 1. The parties cite part of the Report and Recommendation, which states, "Where due process requires a bond hearing, the government must provide clear and convincing evidence to justify the

ORDER - 1

noncitizen's continued detention." *Id.* (citing Dkt. # 21 at 7 (citing *Banda v. McAleenan*, 385 F. Supp. 3d 1099, 1107 (W.D. Wash. 2019)).

Thus, the Court GRANTS the motion and revises the second part of its Order Adopting the Report and Recommendation, Dkt. # 22, as follows:

> 2) The Government's motion to dismiss (Dkt. 12) is DENIED. The Government is ordered to provide Petitioner with an individualized bond hearing. At the bond hearing, the Government must justify Petitioner's continued detention by clear and convincing evidence.

Dated this 24th day of July, 2025.

*[signature]*

John H. Chun
United States District Judge

ORDER - 2