UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISUR RAHMAN, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI *et al.*, <br><br> Federal Respondents. | Case No. 2:24-cv-02132-JHC-TLF <br><br> SECOND STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES <br><br> Noted for Consideration: <br> November 19, 2025 |

Pursuant to Federal Rule of Civil Procedure 6, and Local Rule 10(g), Petitioner and Federal Respondents[1] stipulate and move to amend the current briefing schedule and extend Federal Respondents' deadline to respond to Petitioner's Application for Attorneys' Fees (Dkt. No. 38) to December 19, 2025.  Federal Respondents' current deadline is November 22, 2025.  Dkt. No. 41, Briefing Schedule.  There is good cause for this Court to extend the deadline.

Federal Respondents submit, that due to the prior lapse in appropriations to the Department of Justice, there is good cause to amend the current briefing schedule (Dkt. No. 41) and extend the deadlines here.  While the government shutdown due to the lapse in appropriations ended on November 12, 2025, Federal Respondents' counsel was unable to work

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION & ORDER
[Case No. 2:24-cv-02132-JHC-TLF] - 1

on resolving EAJA fee requests during the lapse of appropriations prior to appropriations being restored. Because of this, Federal Respondents' counsel needs additional time to confer with the agency so that the parties may attempt to resolve this issue without further judicial involvement.

The parties propose the following response schedule to Petitioner's motion for attorneys' fees:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 19, 2025 |
| Petitioner's reply in support of the Fees Motion | January 9, 2026 |

Accordingly, the parties request that the Court enter the proposed amended briefing schedule.

DATED this 19th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD  
United States Attorney

s/ Michelle R. Lambert  
MICHELLE R. LAMBERT, NYS #4666657  
Assistant United States Attorney  
United States Attorney's Office  
Western District of Washington  
1201 Pacific Avenue, Suite 700  
Tacoma, Washington 98402  
Phone: (253) 428-3824  
Fax:    (253) 428-3826  
Email:  michelle.lambert@usdoj.gov

*Attorneys for Federal Respondents*

*I certify that this memorandum contains 232 words, in compliance with the Local Civil Rules.*

GIBBS HOUSTON PAUW

s/ Kelly Vomacka  
KELLY VOMACKA, WSBA #20090  
1000 Second Avenue, Suite 1600  
Seattle, Washington 98102  
Phone: (206) 682-1080  
Email: kelly.vomacka@ghp-law.net  
*Attorney for Petitioner*

# ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 19, 2025 |
| Petitioner's reply in support of the Fees Motion | January 9, 2026 |

The Court DIRECTS the Clerk to renote the motion at Dkt. # 38 for January 9, 2026.

DATED this 19th day of November, 2025

JOHN H. CHUN
United States District Judge