THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISUR RAHMAN,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*<br><br>Respondents. | Case No.: 2:24-cv-2132-JHC-TLF<br><br>THIRD STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES<br><br>Noted for Consideration: December 23, 2025 |

Under Federal Rule of Civil Procedure 6 and Local Rule 10(g), Petitioner and Federal Respondents stipulate and move to amend the current briefing schedule and extend Petitioner's deadline to reply from January 9, 2026, to January 16, 2026. The deadline for Respondents' brief was extended twice during the government shutdown, and Petitioner's current deadline is now set shortly after the holidays. Good cause exists for three reasons. First, Petitioner intends to file a supplemental request for fees, and extending the current deadline will permit an overall more efficient use of court resources. Second, additional time might permit the parties to negotiate a resolution without further court involvement. And third, and acknowledging that only Petitioner's counsel might see this as good cause, Petitioner's counsel is scheduled to go on vacation and off the grid between Christmas and New Years' Day. She has two briefs due on the

Order - 1
Case No.: 2:24-cv-2132-JHC-TLF

Monday following New Years' Day, and an extension in this case will allow her to protect her time off.

Accordingly, the parties request that the Court extend Petitioner's deadline to January 16, 2026.

I certify that this memorandum contains 179 words, in compliance with the Local Civil Rules.

Dated: December 23, 2025.

Respectfully submitted,

| | |
|---|---|
| /s/ Kelly Vomacka | CHARLES NEIL FLOYD |
| Kelly Vomacka | United States Attorney |
| Attorney for Petitioner | |
| | /s/ Michelle R. Lambert |
| Gibbs Houston Pauw | MICHELLE R. LAMBERT, NYS #4666657 |
| 1000 Second Avenue, Suite 1600 | Assistant United States Attorney |
| Seattle, WA 98102 | United States Attorney's Office |
| (206) 682-1080 | Western District of Washington |
| kelly.vomacka@ghp-law.net | 1201 Pacific Avenue, Suite 700 |
| | Tacoma, Washington 98402 |
| | Phone: (253) 428-3824 |
| | Fax: (253) 428-3826 |
| | Email: michelle.lambert@usdoj.gov |
| | |
| | *Attorneys for Federal Respondents* |

Order - 2
Case No.: 2:24-cv-2132-JHC-TLF

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. Petitioner's reply in support of the Fees Motion is due January 16, 2026.

The Court DIRECTS the Clerk to renote the fees motion at Dkt. # 38 for January 16, 2026.

DATED this 23rd day of December, 2025

_____
JOHN H. CHUN
United States District Judge

Order - 3
Case No.: 2:24-cv-2132-JHC-TLF