UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANISUR RAHMAN,

            Petitioner,

    v.

PAMELA BONDI ET AL.,

            Respondents.

CASE NO. 2:24-cv-02132-JHC-TLF

ORDER

According to Respondents' Status Report (Dkt. # 43), Petitioner was removed from the United States to Bangladesh on November 11, 2025. As Petitioner is no longer in Respondents' custody, his habeas claims are now moot. Accordingly, the petition for writ of habeas corpus (Dkt. # 1) is DENIED.

Dated this 5th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 1